oinctx7 (Local Form OINCTX7) (01/13)

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | |
| Joshua G. Ramirez ) | Case Number:    18–40121–JDP |
| 1258 Occidental Ave ) | |
| Burley, ID 83318 ) | Chapter Number: 13 |
| ) | |
| Social Security No.: xxx–xx–8792 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |
| Jessica L. Ramirez ) | |
| aka Jessica L Talbot ) | |
| 1258 Occidental Ave ) | |
| Burley, ID 83318 ) | |
| ) | |
| Social Security No.: xxx–xx–9598 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Joint Debtor ) | |
| ) | |
| _____ ) | |

### INCOME TAX TURNOVER ORDER

THE DEBTORS ARE HEREBY ORDERED as follows:

FILING TAX RETURNS: You are ordered to properly file all required income and other tax returns with the Federal Government (Internal Revenue Service), any state and other taxing authority, within the time limits provided by law. This order shall apply to all tax years or other periods which arise during the pendency of this case. This order also includes returns for the preceding calendar or tax year. Be advised that this order includes returns for all prior years or periods for which returns were required but which were not filed before your bankruptcy case commenced.

COPIES OF TAX RETURNS TO TRUSTEE: You are further ordered to deliver, to the trustee in this case, signed and dated copies of all tax returns, including any amended returns, which must be filed under and pursuant to the preceding paragraph. Copies of tax returns shall include any corresponding Forms W–2 and 1099.

DELIVERY OF REFUNDS: You are further ordered to turn over to the trustee all income tax refunds now held or hereafter received by you while the case is open.

LOSS OF DISCHARGE AND OTHER SANCTIONS: A willful failure to obey this order (for example a failure to file required tax returns, failure to provide signed and dated copies of all tax returns to your trustee, or failure to turn over all refunds) may result in a loss of your right to a bankruptcy discharge of indebtedness, dismissal of your case without further notice to you and without hearing, and/or other possible sanctions.

THE TRUSTEE ASSIGNED to your case is:

        Kathleen A. McCallister
        POB 1150
        Meridian, ID 83680

Dated: 2/20/18

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court