**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
kam@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CASE NO.  18-40121-JMM |
| JOSHUA RAMIREZ<br>JESSICA L. RAMIREZ | CHAPTER 13 |
| Debtor(s). | |

### TRUSTEE'S RESPONSE TO DEBTOR(S)' PROPOSED MODIFICATION OF CHAPTER 13 PLAN

The Debtor(s)' Proposed Modification of Chapter 13 Plan (docket #37) is:
☐ set for hearing on _____.
☒ set for negative notice, objections due by November 12, 2019.

1. Relevant case information:
    A. Date case filed ........................................................................... February 19, 2018
    B. Total needed to complete plan ....................................... $12,2015 plus interest.
    C. Total paid in ............................................................................... $13,125
    D. Balance due ............................................................................. $12,204 plus interest.
    E. Monthly payments……... ................................................................. $700
    F. Plan percentage to unsecured (approximate)....................................... 100%
    G. Months left to complete per plan ......................................................... 41
    H. Current default (if any) ……………………………………………… $200
   *Figures contained herein are not payoff figures and may not include tax refunds which are required to be paid into the plan in addition to monthly plan payments. A payoff letter must be requested in writing from the Trustee's office.

2. The proposed modification results in the following:
    ☒ Reduction of payment from $700 per month to $400 per month commencing October 2019 until June 2021, when payments will increase to $585 per month for the remainder of the plan.
    ☐ Reduction in percentage to unsecured claimants from ___ to ___.
    ☐ Increase in length of plan term from  39  to  51  months.
    ☒ Other changes: Surrender Debtors' interest in a 2012 Chrysler 200 and allow 180 days for Chase to file an amended claim.

3.  Reason for proposed modification: Remove payments to the secured claim of JP Morgan Chase and lower monthly payments due to increase in household size.

4.  Trustee's recommendation:
    A. ☐  The Trustee has no objection to the proposed modification.
    B. ☒  The Trustee objects to the proposed modification for the following reasons:
    ☐  The proposed modification is not feasible.
    ☐  The proposed modification will not complete within 60 months [11 USC § 1325(a)(4)].
    ☐  The proposed modification fails to meet the liquidation value [11 USC § 1325(a)(4)].
    ☒  The proposed modification fails to provide for all the Debtor(s)' disposable income [11USC § 1325(b)(1)] based on Debtors failure to increase plan payments when the ISTC is paid in full in about 15 months or the post-petition medical bills are paid off in 8 months.
    ☐  The Debtor(s) has/have failed to cooperate with the Trustee [11 USC § 521(a)(3) & (4)] as the following document(s) was/were not provided:

5.  Trustee's Notes: It is unclear why JP Morgan Chase is limited to 180 days to file an amended proof of claim and how long it will take them to recover the vehicle.

WHEREFORE, the Trustee objects to the Debtor(s) Motion to Modify the Confirmed Plan subject to an understanding as to how to deal with the surrender and liquidation of the collateral and amount of the plan payments.

DATED: November 13, 2019

/s/ Kathleen McCallister
**Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that on November 13, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Alexandra O Caval
Attorney at Law
alex@cavallawoffice.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Joshua G. Ramirez
Jessica L. Ramirez
1258 Occidental Ave
Burley, ID 83318


    /s/  Kathleen McCallister
**Kathleen McCallister, Trustee**